Robert A. Bower, Jr., executor of the estate of John Thrash, deceased, appellant, v. Perry Thrash, appellee.

Trover to recover amount of note claimed by defendant to have been returned to him by payee as a gift. Judgment for defendant. Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the October term, 1917. Reversed. Opinion filed July 15, 1918.

Frank T. Carson and Green & Palmer, for appellant; Henry I. Green and William G. Palmer, of counsel. Frank E. Williamson and Dobbins & Dobbins, for appellee.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

---

Rosie Ruckman, appellee, v. W. C. Ruckman, appellant.

Suit for separate maintenance. Decree for complainant for $500 solicitor's fees and $125 per month for support. Appeal from the Circuit Court of Piatt county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed July 15, 1918.

C. W. Firke and J. L. Hicks, for appellant. Herrick & Herrick, for appellee.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

---

William Garris and Robert L. Leggett, appellees, v. School Directors of School District No. 5, County of De Witt and State of Illinois, appellants.

Bill to restrain construction of schoolhouse on ground that no legal election was held on insurance of bonds. Decree for complainants. Appeal from the Circuit Court of De Witt county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed July 15, 1918.

W. F. Gray, for appellants. Herrick & Herrick, for appellees.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

---

Frank T. Moloney, trustee, and the State National Bank of Mattoon, Illinois, appellants, v. Charles E. Lindley, appellee.

Bill to foreclose mortgage, containing wrong township number in description, against subsequent purchaser of land without notice. Bill dismissed. Appeal from the Circuit Court of Cumberland county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the June term, 1917. Affirmed. Opinion filed July 15, 1918.

Bryan H. Tivnen, for appellants. Lindley, Penwell & Lindley, for appellee; Walter C. Lindley, of counsel.

Mr. Presiding Justice Eldredge delivered the opinion of the court.